IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:15-CR-00067-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THADDEUS CHEYENNE MURPHY,

      Defendant.

---

**INDICTMENT**
**18 U.S.C. § 844(i)**
**18 U.S.C. § 922(g)(1)**

---

## COUNT ONE

The Grand Jury charges that:

On or about January 6, 2015, in the State and District of Colorado, the defendant,

THADDEUS CHEYENNE MURPHY, did maliciously damage and destroy, and attempt to

damage and destroy, by means of fire and an explosive, a building and other real and personal

property used in interstate or foreign commerce and used in any activity affecting interstate or

foreign commerce; to wit:  the building and its contents located at 603 S. El Paso Street in

Colorado Springs, Colorado.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

The Grand Jury further charges that:

On or about February 19, 2015, in the State and District of Colorado, the defendant,

THADDEUS CHEYENNE MURPHY, having been previously convicted of crimes punishable

by imprisonment for a term exceeding one year, did knowingly possess firearms in and affecting

interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).


A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON


JOHN F. WALSH
United States Attorney

By:  s/Gregory Holloway
GREGORY HOLLOWAY
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: gregory.holloway@udsoj.gov
Attorney for the Government